Rod Danielson, Chapter 13 Standing Trustee
4361 Latham Street, Suite 270, Riverside, CA 92501
Tel. (951) 826-8000

**STATUS REPORT - CASE #6:10-bk-18863-CB  AS OF 10/1/2010**

FAUSTO FROYLAN ESPINOZA-NUNO
3690 SORKSBILL DR
HEMET, CA  92545

| | | | LAST 12 RECEIPTS | | TOTAL RECEIPTS PER MONTH - LAST 12 MONTHS | |
|---|---|---|---|---|---|---|
| FILING DATE: | 03/27/2010 | | | | | |
| 1ST MEETING DATE: | 05/12/2010 | | | | | |
| CONFIRMATION DATE: | 05/12/2010 | | 09/29/2010 | $400.00 | 10/2010 | $0.00 |
| TERM OF PLAN: | 60 MONTHS | | 09/09/2010 | $400.00 | 09/2010 | $800.00 |
| PERCENT TO UNSECURED: | 0.00 | | 08/02/2010 | $400.00 | 08/2010 | $400.00 |
| MONTHLY PLAN PMT AMT: | $400.00 | | 06/29/2010 | $400.00 | 07/2010 | $0.00 |
| GROSS RECEIPTS: | $2,300.00 | | 05/17/2010 | $700.00 | 06/2010 | $400.00 |
| REFUNDS FR CREDITORS: | $0.00 | | | | 05/2010 | $700.00 |
| NET PAID CREDITORS: | $870.00 | | | | 04/2010 | $0.00 |
| FEES PAID TO ATTY: | $600.00 | | | | 03/2010 | $0.00 |
| FEES PAID TO TRUSTEE: | $30.00 | | | | 02/2010 | $0.00 |
| REFUNDS TO DEBTOR: | $0.00 | | | | 01/2010 | $0.00 |
| BALANCE ON HAND: | $800.00 | | | | 12/2009 | $0.00 |
| | | | | | 11/2009 | $0.00 |

CURRENT CASE DISPOSITION:
ACTIVE

| CLAIM# | CREDITOR NAME | CREDITOR CLASS | INT% | SCHEDULED AMOUNT | CLAIMED AMOUNT | PRINCIPAL PAID | INTEREST PAID | PRINCIPAL BAL OWED |
|---|---|---|---|---|---|---|---|---|
| ATTY | L BISHOP AUSTIN & ASSOCIATES | ATTORNEY FEE | N/A | $2,000.00 | $2,000.00 | $600.00 | $0.00 | $1,400.00 |
| 0001 | BAC HOME LOANS SERVICING | MORTGAGE ARREARS | 0.00 | $8,680.33 | $10,248.46 | $384.46 | $0.00 | $9,864.00 |
| 0002 | BAC HOME LOANS SERVICING | MORTGAGE ARREARS | 0.00 | $0.00 | $5,618.26 | $0.00 | $0.00 | $5,618.26 |
| 0003 | SANTANDER CONSUMER USA | SECURED | 0.05 | $9,337.10 | $9,650.13 | $364.91 | $120.63 | $9,285.22 |
| 0004 | Bank of America | UNSECURED | 0.00 | $3,350.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0005 | HSBC BANK NEVADA NA | UNSECURED | 0.00 | $1,550.00 | $1,739.29 | $0.00 | $0.00 | $0.00 |

**TOTAL PRINCIPAL BALANCE OWED*:   $26,167.48**

* THE "TOTAL PRINCIPAL BALANCE OWED" IS NOT THE AMOUNT NECESSARY TO PAY YOUR PLAN IN FULL.  IT DOES NOT TAKE INTO ACCOUNT ANY BALANCE ON HAND, NOR DOES IT INCLUDE TRUSTEE'S FEES (ESTIMATED AT 11%), ACCRUING INTEREST, ANY CLAIMS THAT THE TRUSTEE IS NOT AWARE OF, OR "BASE PLAN" REQUIREMENTS.  TO OBTAIN AN ESTIMATED PAYOFF BALANCE, PLEASE SUBMIT A WRITTEN REQUEST TO THE TRUSTEE.